UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MCKINLEY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV702-DJS |
| | ) | |
| THOMAS KING, JOHN OR JANE DOE #1, | ) | |
| and JOHN OR JANE DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIAL JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant King and against plaintiff on all of plaintiff's claims against defendant King.

Dated this ___18th___ day of April, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE