UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MCKINLEY ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV702-DJS |
| | ) |
| GARY KEMPKER and DONALD ROPER, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of defendants Gary Kempker and Donald Roper and against plaintiff McKinley Robinson on all of plaintiff's claims against defendants in plaintiff's third amended complaint.

Dated this __8th__ day of May, 2007.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE